MARKWELL, Plaintiff in error, vs. PERELES and another, Defendants in error.

*December 17, 1896 — January 12, 1897.*

*Practice on writ of error.*

The occasion for a motion to modify a judgment having been removed by the reversal of the judgment, a writ of error to review the order denying it will be dismissed.

ERROR to review an order of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Writ dismissed.*

For the defendants in error there was a brief by *Winkler, Flanders, Smith, Bottum & Vilas.*

PINNEY, J. This is a writ of error to reverse an order, made after judgment in a *habeas corpus* case, denying a motion to modify such judgment. The judgment in that case having been reversed, there is no occasion for further prosecution of this writ, and it is therefore dismissed.

*By the Court.*— It is so ordered.